**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　Respondent,<br><br>　　v.<br><br>**JUAN ZAMORANO-GUERRERO,**<br><br>　　　　Defendant-Petitioner. | Case No.: 4:13-cv-02989-YGR<br>Criminal No.: 4:12-cr-0160-YGR<br><br>**ORDER REQUIRING ANSWER** |

On June 27, 2013, *pro se* Petitioner-Defendant Juan Zamorano-Guerrero moved under 28 U.S.C. section 2255 for an order to vacate, set aside, or correct his sentence and conviction on grounds of ineffective assistance of counsel. (Dkt. No. 19.) The Court has reviewed the motion and determines that it does not "plainly appear" from the motion that Zamorano-Guerrero is entitled to no relief. 5C West's Fed. Forms, District Courts-Criminal § 95:2, Rule 4(b) (5th ed.). The Court therefore **ORDERS** the government to answer the motion. *Id.*, Rule 5(a). The government shall file its response within thirty days of the signature date of this order. Zamorano-Guerrero may submit a reply to the government's answer within thirty days of service of the answer. The Court sets no oral argument or evidentiary hearing at this time. *See id.*, Rule 8(a).

**IT IS SO ORDERED**.

Date: December 20, 2013

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**