United States District Court
Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No.:  12-CR-0160 YGR** |
| **Plaintiff,** | **Case No.:  13-CV-2989 YGR** |
| v. | **ORDER DENYING PETITIONER'S MOTION AND AMENDED MOTION FOR HABEAS CORPUS RELIEF AS MOOT** |
| **JUAN ZAMARANO-GUERRERO,** | |
| **Petitioner.** | |

The Court is advised that Petitioner Juan Zamarano-Guerrero ("Petitioner") has been released from custody from the Bureau of Prisons.  Accordingly, Petitioner's motion for habeas relief under 28 U.S.C. § 2255 for an order to vacate, set aside, or correct his sentence and conviction on the grounds of ineffective assistance of counsel (Dkt. No. 19), and motion to amend the instant motion (Dkt. Nos. 23, 25) are denied as moot.

This terminates Docket Nos. 19, 23, and 25.

**IT IS SO ORDERED**.

Date: July 8, 2014

_____

**YVONNE GONZALEZ ROGERS**

**UNITED STATES DISTRICT COURT JUDGE**